IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv336

| | |
|---|---|
| MATTHEW ERWIN ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is Plaintiff's Motion Reset Deadlines [# 11]. The Court **DENIES** the motion [# 11]. The Court, however, shall allow Plaintiff until June 9, 2012, to file his summary judgment motion. No further extension of time shall be granted by the Court. The Commissioner shall have sixty days from the filing of Plaintiff's motion to file his motion for summary judgment.

Signed: June 6, 2012

Dennis L. Howell
United States Magistrate Judge