## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:11cv336

| | |
|---|---|
| **MATTHEW ERWIN ADAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )          **ORDER** |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

Pending before the Court is Plaintiff's Motion Reset Deadlines [# 11].   The

Court **DENIES** the motion [# 11].  The Court, however, shall allow Plaintiff until

June 9, 2012, to file his summary judgment motion.  No further extension of time

shall be granted by the Court.  The Commissioner shall have sixty days from the

filing of Plaintiff's motion to file his motion for summary judgment.


Signed: June 6, 2012


Dennis L. Howell
United States Magistrate Judge

-1-